# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:  TALYNCH LLC                                           §   Case No. 15-81039
                                                             §
                                                             §
                                                             §
Debtor(s)                                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,277.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$15,663.45      Claims Discharged
                                                Without Payment: $100,034.25

Total Expenses of Administration:$4,212.76

3)  Total gross receipts of $      19,876.21     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $        0.00     (see **Exhibit 2**), yielded net receipts of  $19,876.21
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,309.50 | 4,212.76 | 4,212.76 | 4,212.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 115,697.70 | 115,697.70 | 15,663.45 |
| **TOTAL DISBURSEMENTS** | $1,309.50 | $119,910.46 | $119,910.46 | $19,876.21 |

4) This case was originally filed under Chapter 7 on April 16, 2015. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2016          By: /s/JOSEPH D. OLSEN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash box | 1129-000 | 308.46 |
| Commercial checking - American Midwestern Bank | 1129-000 | 17,519.19 |
| Commercial savings - American Midwestern Bank | 1129-000 | 537.87 |
| Lotion and ointment inventory | 1129-000 | 450.00 |
| Miscell. A/R | 1221-000 | 1,060.69 |
| **TOTAL GROSS RECEIPTS** | | **$19,876.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,737.62 | 2,737.62 | 2,737.62 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 31.19 | 31.19 | 31.19 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,309.50 | 1,309.50 | 1,309.50 |
| Rabobank, N.A. | 2600-000 | N/A | 24.23 | 24.23 | 24.23 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.17 | 24.17 | 24.17 |
| Rabobank, N.A. | 2600-000 | N/A | 29.15 | 29.15 | 29.15 |
| Rabobank, N.A. | 2600-000 | N/A | 29.42 | 29.42 | 29.42 |
| Rabobank, N.A. | 2600-000 | N/A | 27.48 | 27.48 | 27.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,212.76 | $4,212.76 | $4,212.76 |

## EXHIBIT 5 ─PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 ─PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Norm C. Adshade IRA Account No. xxxxxx2731 | 7100-000 | N/A | 115,697.70 | 115,697.70 | 15,663.45 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $115,697.70 | $115,697.70 | $15,663.45 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81039

**Case Name:** TALYNCH LLC

**Period Ending:** 03/03/16

**Trustee:** (330400)   JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 04/16/15 (f)

**§341(a) Meeting Date:** 05/28/15

**Claims Bar Date:** 08/31/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash box | 308.00 | 0.00 | | 308.46 | FA |
| 2 | Commercial checking - American Midwestern Bank | 17,000.00 | 17,000.00 | | 17,519.19 | FA |
| 3 | Commercial savings - American Midwestern Bank | 537.32 | 537.32 | | 537.87 | FA |
| 4 | BMO Harris, as assignee of Manuel P. Rojas | 2,600.00 | 0.00 | | 0.00 | FA |
| 5 | ComEd | 425.00 | 0.00 | | 0.00 | FA |
| 6 | Licensee of Dynamic Tanning tradename | 1.00 | 0.00 | | 0.00 | FA |
| 7 | Customer list | 1.00 | 0.00 | | 0.00 | FA |
| 8 | 2 computers and accessories | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Casual office furnishings including 16 benches a | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Extrusions, tanning partitions and plaster board | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Lotion and ointment inventory | 973.80 | 0.00 | | 450.00 | FA |
| 12 | Miscell. A/R  (u) | 0.00 | 570.69 | | 1,060.69 | FA |
| 13 | Avoidable transfer (pre-petition sale of equip.) | Unknown | 20,000.00 | | 0.00 | FA |
| **13** | **Assets**    **Totals** (Excluding unknown values) | **$25,096.12** | **$38,108.01** | | **$19,876.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2015

**Current Projected Date Of Final Report (TFR):**    October 27, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-81039
**Case Name:** TALYNCH LLC

**Taxpayer ID #:** \*\*-\*\*\*8635
**Period Ending:** 03/03/16

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*5666 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | {2} | American Midwest Bank | Funds from ckg acct #1310007875 | 1129-000 | 17,519.19 | | 17,519.19 |
| 04/30/15 | {3} | American Midwest Bank | Turnover of savings account funds | 1129-000 | 537.87 | | 18,057.06 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.23 | 18,032.83 |
| 06/02/15 | {12} | Comcast Financial Agency Corporation | Misc. A/R (Comcast) | 1221-000 | 4.25 | | 18,037.08 |
| 06/02/15 | {12} | Premium Finance | credit balance on acct. - Acct #205-141009-200527 | 1221-000 | 316.44 | | 18,353.52 |
| 06/09/15 | {1} | Teresa A. Lynch | cash box | 1129-000 | 308.46 | | 18,661.98 |
| 06/09/15 | {11} | Teresa A. Lynch | payment on inventory | 1129-000 | 450.00 | | 19,111.98 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #15-81039, BOND #016018067 | 2300-000 | | 24.17 | 19,087.81 |
| 06/12/15 | {12} | AmTrust North America, Inc. | refund re: workers comp/employers liability | 1221-000 | 490.00 | | 19,577.81 |
| 06/26/15 | {12} | AmTrust North America, Inc. | refund for final premium audit re: workers comp #TWC3410459 | 1221-000 | 250.00 | | 19,827.81 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.15 | 19,798.66 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.42 | 19,769.24 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.48 | 19,741.76 |
| 11/24/15 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,309.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,309.50 | 18,432.26 |
| 11/24/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,737.62, Trustee Compensation;  Reference: | 2100-000 | | 2,737.62 | 15,694.64 |
| 11/24/15 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $31.19, Trustee Expenses;  Reference: | 2200-000 | | 31.19 | 15,663.45 |
| 11/24/15 | 105 | Norm C. Adshade IRA Account No. xxxxxx2731 | Dividend paid  13.53% on $115,697.70; Claim# 1; Filed: $115,697.70; Reference: | 7100-000 | | 15,663.45 | 0.00 |

|  | | | | ACCOUNT TOTALS | 19,876.21 | 19,876.21 | $0.00 |
|  | | | | Less: Bank Transfers | 0.00 | 0.00 | |
|  | | | | **Subtotal** | **19,876.21** | **19,876.21** | |
|  | | | | Less: Payments to Debtors | | 0.00 | |
|  | | | | **NET Receipts / Disbursements** | **$19,876.21** | **$19,876.21** | |

{} Asset reference(s)

Printed: 03/03/2016 10:50 AM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-81039 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** TALYNCH LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5666 - Checking Account |
| **Taxpayer ID #:** **-***8635 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 03/03/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 19,876.21 | | | | |
| | | Net Estate : | $19,876.21 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5666** | **19,876.21** | **19,876.21** | **0.00** |
| | **$19,876.21** | **$19,876.21** | **$0.00** |

{} Asset reference(s)

Printed: 03/03/2016 10:50 AM   V.13.25